R. Bradford Huss, SBN 71303
Robert F. Schwartz, SBN 227327
Laura M. Chavkin, No. 228724
TRUCKER ö HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:    (415) 788-3111
Facsimile:     (415) 421-2017
E-mail:          bhuss@truckerhuss.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA NUNLEY,<br><br>             Plaintiff,<br><br>    vs.<br><br>ROYAL AABY, D.D.S., individually and as Plan Trustee; ROYAL AABY, D.D.S., INC., a California professional corporation; ROYAL AABY, D.D.S., INC. PROFIT SHARING PLAN and PENSION PLAN,<br><br>             Defendants. | Civ. 2:05-CV-01613-WBS-DAD<br><br>**ORDER RE EXTENSION OF TIME FOR RESPONSE TO COMPLAINT** |

   Plaintiff Johanna Nunley and Defendants Royal Aaby, D.D.S., individually and as Plan Trustee, Royal Aaby, D.D.S., Inc., a California professional corporation, and Royal Aaby, D.D.S. Inc. Profit Sharing Plan and Pension Plan filed a stipulation to extend the time for the Defendants to file a responsive pleading to Plaintiff's complaint. The parties requested that the Defendants should be allowed until October 28, 2005 to respond to the complaint. The court GRANTS Defendants until October 28, 2005 to respond to Plaintiff's complaint.

   IT IS SO ORDERED.

October 11, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER RE EXTENSION OF TIME
CASE NO. 2:05-CV-01613-WBS-DAD
#727051

1